January 10, 2005

FILED

2005 JAN 10 P 12: 20

Ms. Roberta Lynn Martin
234 Funston APT#1
San Antonio, TX 78209

SA05CA0020XR

CLERK US DIST
J.F. COURT

I am filing a Civil Lawsuit against the San Antonio Police Department and four of their Officers:
1. Norma Woods Badge#0899
2. L. Carrion Badge#0170
3. J. Willingham Badge#0688
4. E. Rodriguez Badge#1567

My Civil Rights were violated and I was cavity searched in the vaginal area, outside in the open, on the side of the road. I begged the Officers to carry me to the County Jail to do a proper cavity search. The Officers were looking for drugs in my vaginal area and then attempted to search me in my rectum area as well. I was so traumatized by this type of incident that I began seeing a Therapist. Later I was court ordered to see a Therapist but I was already in therapy which I began on my own.

The Officers opened old wounds from my past that I finally put behind me and now it is like starting all over again trying to get past this terrible bridge. This incident with the Officers and the way they treated me was traggic and most of all a violation of justice. I've been in and out of court on the criminal matter. I have spoken with Internal Affairs, with the office of Sgt. M. Tobin, Chief of Police, ACLU, Texas Civil Rights Project, US Attorney Offices, the NAACP and the FBI which is already investigating this matter. I have taken a Lie Detector Test and passed it with the FBI. Mrs. Lisa Hansell at 210-225-6741, EXT 5345 is investigating this matter also due to the fact that my Civil Rights were violated. I was handcuffed when this cavity search took place because they stated I could have a weapon. My record does not consist of me carrying a weapon and I cannot carry any type of weapon in my vaginal or rectal area. I was not belligerent at all and I obeyed all the commands from the suppose to be routine traffic stop, which resulted in me being handcuffed during the whole incident, cavity searched in my vaginal area out in the open, on the side of the road, begging the officers to stop and an attempt to be searched in my rectal area. There are so many questions the need to be asked and answered.

Enclosed please find all of my documents submitted during this investigation. So if an Honorable Judge could hear this matter I would be deeply appreciative. Please help me with this incident.

Thank You,

Ms. Roberta Martin



December 26, 2004

San Antonio Police Department
ATTN:Open Records Division, Legal Services
214 W. Nueva
San Antonio, Texas 78207

To Whom It May Concern:

This request is made under the Texas Open Records Act, Tex. Gov. Code Ann. ss552.001 et seq., which guarantees the public's access to information in the custody of government agencies.  In accordance with s552.221 of the law, which requires that the "Officer for Public Records shall promptly produce such information for inspection or duplication, or both, in the offices of the government body."  I respectfully request copies of all documents (as the term is defined in the statute) regarding officer L. Carrion #0170, including but not limited to the following:

1) Officer Carrion's professional standards file;
2) Professional Standard's/IA file;
3) Officer Carrion's personnel file.

In the interest of expediency, and to minimize the research and/or duplication burden on your staff, I would be pleased to pick up the requested records if you wish.  Additionally, and since time is a factor, please communicate with me by telephone (indicated below) rather than by mail.  210-822-3590

If there are any costs associated with this request, please let me know so that I can make arrangements for payment.  Thanking you in advance for your cooperation.

Sincerely,


Ms. Roberta Lynn Martin

December 26, 2004

San Antonio Police Department
ATTN:Open Records Division, Legal Services
214 W. Nueva
San Antonio, Texas 78207

To Whom It May Concern:

This request is made under the Texas Open Records Act, Tex. Gov. Code Ann. ss552.001 et seq., which guarantees the public's access to information in the custody of government agencies. In accordance with s552.221 of the law, which requires that the "Officer for Public Records shall promptly produce such information for inspection or duplication, or both, in the offices of the government body." I respectfully request copies of all documents (as the term is defined in the statute) regarding officer J. Willingham #0688, including but not limited to the following:

1) Officer Willingham's professional standards file;
2) Professional Standard's/IA file;
3) Officer Willingham's personnel file.

In the interest of expediency, and to minimize the research and/or duplication burden on your staff, I would be pleased to pick up the requested records if you wish. Additionally, and since time is a factor, please communicate with me by telephone (indicated below) rather than by mail. 210-822-3590

If there are any costs associated with this request, please let me know so that I can make arrangements for payment. Thanking you in advance for your cooperation.

Sincerely,


Ms. Roberta Lynn Martin

December 26, 2004

San Antonio Police Department
ATTN:Open Records Division, Legal Services
214 W. Nueva
San Antonio, Texas 78207

To Whom It May Concern:

This request is made under the Texas Open Records Act, Tex. Gov. Code Ann. ss552.001 et seq., which guarantees the public's access to information in the custody of government agencies. In accordance with s552.221 of the law, which requires that the "Officer for Public Records shall promptly produce such information for inspection or duplication, or both, in the offices of the government body." I respectfully request copies of all documents (as the term is defined in the statute) regarding officer E. Rodriguez #1567, including but not limited to the following:

1)  Officer Rodriguez professional standards file;
2)  Professional Standard's/IA file;
3)  Officer Rodriguez personnel file.

In the interest of expediency, and to minimize the research and/or duplication burden on your staff, I would be pleased to pick up the requested records if you wish. Additionally, and since time is a factor, please communicate with me by telephone (indicated below) rather than by mail. 210-822-3590

If there are any costs associated with this request, please let me know so that I can make arrangements for payment. Thanking you in advance for your cooperation.

Sincerely,



Ms. Roberta Lynn Martin

December 26, 2004

San Antonio Police Department
ATTN:Open Records Division, Legal Services
214 W. Nueva
San Antonio, Texas 78207

To Whom It May Concern:

This request is made under the Texas Open Records Act, Tex. Gov. Code Ann. ss552.001 et seq., which guarantees the public's access to information in the custody of government agencies. In accordance with s552.221 of the law, which requires that the "Officer for Public Records shall promptly produce such information for inspection or duplication, or both, in the offices of the government body." I respectfully request copies of all documents (as the term is defined in the statute) regarding officer Norma Woods #0899, including but not limited to the following:

1) Officer Woods professional standards file;
2) Professional Standard's/IA file;
3) Officer Woods personnel file.

In the interest of expediency, and to minimize the research and/or duplication burden on your staff, I would be pleased to pick up the requested records if you wish. Additionally, and since time is a factor, please communicate with me by telephone (indicated below) rather than by mail. 210-822-3590

If there are any costs associated with this request, please let me know so that I can make arrangements for payment. Thanking you in advance for your cooperation.

Sincerely,


Ms. Roberta Lynn Martin

 BEXAR  COUNTY

## MARGARET G. MONTEMAYOR

### DISTRICT CLERK

BEXAR COUNTY COURTHOUSE
100 DOLOROSA
SAN ANTONIO, TEXAS

November 14, 2003

Ms. Stephanie Boyd
Attorney at Law
214 Dwyer Ave.
Suite 206
San Antonio, Texas 78204-1007

Re: The State of Texas
Vs.
Roberta Martin
2003CR4548

Dear Ms. Stephanie Boyd:

Please find enclosed a competency evaluation on the above named Defendant. Said cause is set for a pre-competency conference on November 25, 2003 at 9:30 a.m. in the Criminal Law Magistrate Court; basement of the Bexar County Courthouse, address being; 100 Dolorosa, San Antonio, Texas. Your attendance is required. Your client is out on bond and will need to be notified by your office to be present for this hearing.

_Verna Trevino_
Deputy District Clerk

cc: file

```
DATE: 01 28 03          SAN ANTONIO POLICE DEPARTMENT          PAGE ONE
TIME: 0821                 OFFENSE/INCIDENT REPORT          CASE: 03033851/01
```

OFFENSE DESCRIPTION          LOCATION OF OFFENSE          DATES OF OCCURRENCE
POSS CS PG 1 < 1G            00810 GABRIEL ST             FROM: 01-15-03 2203
                                                         TO:

REPORTING OFFICER           TYPE PREMISE
1567 RODRIGUEZ, EDUARDO     STREET/ROAD                  WEATHER: COOL / DRY

COMPLAINANT                             TITLE    RAC SEX ID?  DATE-OF-BIRTH
RODRIGUEZ, E #1567
   ADDRESS:                     APT:      CITY/ST:                    /

ARRESTED PERSON(S)                          RAC SEX  AGE  DATE-OF-BIRTH
MARTIN, ROBERTA LYNN                         B   F    /    06-25-63

                        VEHICLE(S) INVOLVED
   LIC: NUMBER YEAR ST TYP  VEH: YEAR  MAKE MODEL STYLE      VIN
        G16GXN   03  TX  PC       86/  VOLV 240         YV1AX8847G1188472
   OAN
VEHICLE COLOR 1 (SOLID/TOP): GRAY        COLOR 2:

                        PROPERTY DESCRIPTION
   PROPERTY                                                  EST. VALUE
   1 ROCK CRACK COCAINE
   1 GLASS CRACK PIPE

                    DETAILED DESCRIPTION OF OFFENSE
   NOTIFIED OF PROVISIONS OF TEXAS CRIME VICTIM ACT:

WHILE ON PATROL IN FULL SAPD UNIFORM AND IN MARKED SAPD VEHICLE (W1) AND
MYSELF WERE DOUBLED UP.  I OBSERVED (AP) VEHICLE TURN EASTBOUND ON GABRIEL
STREET FROM WALTERS.  I WAS WATCHING LISTED LOCATION WHICH HAS RECEIVED
SEVERAL COMPLAINTS FOR HEAVY TRAFFIC POSSIBLY SELLING NARCOTICS.  I OBSERVED
THE (AP) VEHICLE PULL UP TO LISTED LOCATION AND TURN ITS LIGHTS OFF.  WITH
IN A MINUTE OR TWO THE (AP) VEHICLE PULLED AWAY AND TURNED AROUND HEADED
WESTBOUND BACK TOWARDS WALTERS.  I GOT BEHIND (AP) WHERE I OBSERVED THE
DRIVER, (AP) NOT WEARING HER SEATBELT.  I PLACED MY EMERGENCY LIGHTS AND
STOPPED THE (AP) VEHICLE IN THE 1600 BLOCK SHERMAN.  I APPROACH THE DRIVER
AND ASKED FOR HER DRIVERS LICENSE AND LIABILITY INSURANCE.  (AP) TOLD ME
THAT SHE LOST HER LICENSE AND HANDED ME A CARD WHICH CONTAIN HER NAME AND
DATE OF BIRTH.  I HAD (AP) DRIVER STEP OUT OF THE VEHICLE WHILE (W1) RAN HER
FOR ACTIVE WARRANTS.  (W2) ARRIVED AT THIS TIME AND WE BEGAN TO TALK WITH
(AP) AT THE LEFT BACK QUARTER PANEL OF HER VEHICLE.  (W2) ASKED (AP) TO TAKE
HER RIGHT HAND OUT OF HER COAT POCKET.  AS (AP) TOOK OUT HER RIGHT HAND THE
(E2) FELL ON THE STREET LANDING NEXT TO THE (AP)'S RIGHT FOOT.  I TOOK
IMMEDIATE CUSTODY OF THE (E2) AS (W2) BEGAN TO PLACE (AP) UNDER ARREST.
(W2) GRABBED CONTROL OF (AP)'S HANDS AND OBSERVED (AP) DROP A SMALL ROCK,
(E1) IN THE STREET IN PLAIN VIEW.  I TOOK CUSTODY OF (E1) AND THE (AP) WAS
PLACED IN MY PATROL VEHICLE.  I HAD DI W SMITH #9419 MADE THE LOCATION AND
HE POSITIVELY FIELD TESTED THE (E1) AS POSITIVE CRACK COCAINE.  I TOOK THE
(AP) TO 401 S FRIO AND BOOKED HER FOR 1 POSSESSION OF COCAINE < 1 GRAM 2 NEW
TRAFFIC.  THE (E1) WAS PLACED IN SAPD PROPERTY ROOM UNDER TAG #E93785 THE
(E2) UNDER TAG #K402323.  THE (AP) VEHICLE WAS TOWED GROWDEN POUND.

                            PAGE 01

B 16    03033851/01

SAN ANTONIO POLICE DEPARTMENT IMPOUND TOWING RECORD        RELEASED

MVR 93023404                                              TSR B729772

TOWING   RECORD

| TYP | YEAR | MAKE | MODEL | SERIAL NUMBER | CASE NO | ENTRY DATE | TIME |
|-----|------|------|-------|---------------|---------|------------|------|
| V | 1986 | VOLV | 4DR | YV1AX8847G1188472 | 03033851 | 01152003 | 2311 |

| REASON TOWED | TOWED BY | DATE | TIME | LOCATION |
|--------------|----------|------|------|----------|
| 02 PRISONER'S PROPERTY | 1027 | 01152003 | 2311 | GROWDON |

NCIC-CHECK: 01 15 2003 2329 AH94332   34

TOWED FROM: 1600  SHERMAN                          SECTOR: 60

TOWED TO :                                         SETUP DATE: 02 26 2003

| SLOT | LABOR HR/MIN | MILES | WRECKER | CONTROL NO | CLASS |
|------|--------------|-------|---------|------------|-------|
| 05 | 00 | 009 | SMALL | GR363442 | 01 |

OFFICER NAME: WILLINGHAM, J.        BADGE: 0688   RECEIVER: 34

ORI:            ORI-CASE:              THEFT-DATE:

*********************** AMOUNT COLLECTED ***************************

| | | | | |
|---|---|---|---|---|
| | HOOKUP | 0054 00 | MILEAGE | 0010 00 |
| | STORAGE | 0030 00 | IMPOUND FEE | 00 |
| | DOLLY | 00 | DRIVESHAFT | 00 |
| | LABOR | 00 | SPEC EQUIP | 00 |
| PAID | TAX | 0002 36 | AIRPORT FEE | 00 |
| DATE | BOOT FEE | 00 | PARKING FEE | 00 |
| 01152003 | NOTIFY FEE | 00 | TOTAL: | 0000096 36 |

CMD:                     LAST UPDATE: 20030117 0457      34      VIMSP031

SAN ANTONIO POLICE DEPARTMENT IMPOUND MOTOR VEHICLE RECORD

RELEASE

CONTROL NO: GR363442        TSR: B729772        LOCATION: GROWDON

| YEAR | MAKE | MODEL | LICENSE | YR | ST | MVD-LIC | COLORS | VIN |
|------|------|-------|---------|----|----|---------|--------|-----|
| 1986 | VOLV | 4DR | G16GXN | 2003 | TX | | GRY | YV1AX8847G1188472 |

| VEHICLE OWNER | HOUSE ADDRESS | CITY | ST | ZIP |
|---------------|---------------|------|----|----|
| SNAGGS, PATRICK G. | 00234 FUNSTON#2 | SAN ANTONIO | TX | 782090000 |

| LIEN HOLDER | HOUSE ADDRESS | CITY | ST | ZIP |
|-------------|---------------|------|----|----|
| M & A AUTOMOTIVE WHL | 02106 BORADWAY | SAN ANTONIO | TX | 782150000 |

RECEIVED BY: 34                    SLOT: 05

IMPOUNDING  OFFICER            CASE NUMBER  ENTRY DATE   TIME

NAME: WILLINGHAM, J.        BADGE: 688        03033851    01152003   2311

DRIVER: MARTIN, ROBERTA        ODOMETER: 0174504 RED-STICKER:

KEYS:    RADIO: Y  BATTERY:    TOWED-REAR: Y  TOWED-FRNT: N  BAR: N    LIFT: Y

   DRIVESHAFT DISCONNECTED: N  ENGINE REMOVED:    TRANSMISSION REMOVED:

LOCKED:  Y   HUBCAPS:    WHEELS/TIRES RF: Y Y LF: Y Y RR: Y Y LR: Y Y SPARE:

PROPERTY IN VEHICLE:      MISC CLOTHING;CAPS;EYEGLASSES;LIGHTERS.


HOLD: N HOLD BY:                BADGE:     UNIT:     UNIT NAME:

REMARKS: W/S CRKD;LF DOOR HANDLE BRKN;HOOD FADED PAINT;LF,RF DOOR TRIM MISSING;

 D/S TKRUOUT.


CMD: _                    LAST UPDATE: 20030117 0457        34        VIMSP023

January 13, 2004

## Statement Of Fact

My name is Roberta L. Martin and on January 15, 2003, I was pulled over in the 1500 block of Sherman Street, San Antonio, Texas, Bexar County, coming from a friends home I was visiting. The police asked to see my drivers license, but I had forgotten it at my home. I thought I had my drivers license with me but I didn't so I handed one of the officers a Medical Card and my Auto Insurance Paperwork. The car had no warrents on it and I asked the officer why he pulled me over? By that time another officer came to the passenger side window. This officer stated I wasn't wearing a seat belt. I said, " Yes I am look." I stated that "He was lying, I'm wearing my seat belt." He asked me to step out of the car. I stepped out of the car. I couldn't believe they were saying I didn't have my seat belt on. They were actually lieing about that.

I was upset a little about that. These policeman wear a badge and promise to uphold the law and they were lieing. The policeman asked me to step back behind my car, and I did. They started searching the car but I was still shocked about the seat belt issue. I couldn't believe it. The policeman looked me in my eyes and told a story in my face.

The policeman found a crack pipe and a small amount of crack cocain on the ground, not in the car and not on me. Police began coming from everywhere. They handcuffed me and took me behind the police car. About five police cars came and they asked me where did I get the dope from? Did I get it from the house I just left and if I don't tell them where I got it from they were going to tell the people that lived at my friends home I was leaving that I was a snitch. The police looked at me and stated " you know what they do to snitches." They said that they were going to tell my friends that I told them I got the drugs from their home. I didn't say anything else to them and they just began calling me nasty names like prostitute, crack head nigger and whore. They where just all over me with nasty remarks.

One policeman stated to me that they were going to search my vaginal area. By that time I was in handcuffs in the back of the police car. The chief arrived, I assume because he was in a white shirt. The K-9 unit was called out as well. One of the officers said, " get Butch get Butch". It was a lot of commotion going on and all of a sudden a police car arrived across the street and a black female officer got out of the car. She walked over to me as I was still in handcuffs in back of the police car and said "get out of the car and if you don't get out you see all these policemen, they will make you get out the f------ car." I got out of the back of the police car and she took me behind the police car and began searching me. She searched my pockets, then she unbuttoned my pants and put her hands in my vaginal area. I'm begging to the other policemen to please take me to the Bexar County Jail because I knew she was wrong. I told the female officer " she wasn't suppose to do that", she said shut up B----. I kept looking at her, crying, angry and having flashbacks from my bad childhood experiences. The female officer then said to me, " it looks to me if you were not in handcuffs you would try to kick my ass." I said what the f--- you think. Tears were pouring down my face as I was thinking back as a child when I was molested by a woman in a foster home. I was thinking how she could do this to me.

I felt so numb as I was writing this difficult letter, but I refuse to over look what they have done to me. The female officer was trying to put her finger in my rectum also and that's when I just stood fast and said "no."   I wanted to just run down the street and leave. Some cars were passing on the street and the female officer would pull my pants up.  I began screaming and crying saying, " I never had sex back their before please take me to the Bexar County Jail or hospital and let them take some x-rays if necessary."  The officers stated to me "with your record of whoring, it should be wide open.  Whore's always get f—— in their ass. That's part of the business."  I just lost it, I really lost it.  A white car passed down the street and again the female officer she pulled my pants up and they finally  took me to the Bexar County Jail.  When I arrived at the Jail I began explaining the incident to the guards and none of them were concerned.   I was booked and was offered a bond.  Two days later I bonded out of jail and two days later I received two more felonies.  Again I bonded out.  I haven't been in any more trouble since but I've been going to court behind these incidents for a year now.  I've been praying that I wont forget her face due to the lapse in time.  I wake up at night crying and angry.  My mind and heart has not been right since.

I have applied for and received probation. I spoke with a lady  name LaDonda Beers and I was speaking to her about this incident.   I broke down crying and she referred me to a psychiatrist.   I remember signing a paper for an HIV Test, which thank God is negative and the doctor asked me if I have talked to any one about what was happening to me.  I told the doctor no and this appointment was  October 15, 2003.   The doctor stated that I need to talk to someone about this incident.  I have been seeing a psychiatrist since November 2003 and he stated that those policeman opened old childhood wounds.  As a child I watched my father shoot my mother  and I was placed in foster care.  While in foster care one of the female foster chidren  molested me.

  Everytime I would try  to sit down and write this letter it would hurt and the pain would return.  That's why it took so long. I knew it was time to seek help when my fiancee said I wake up screaming and threatening people in my  sleep.  Children services have even called his job.  I called back and spoke with a lady  named Linda.  David Smith her secretary stated she had the wrong number but yet the right name.  Please can some one help me with this situation?   The criminal charges should be completed soon.   No human being should have to be subjected to the treatment I was subjected to.  The Judicial System is playing mind games.  My past shouldn't have anything to do with the way they chose their protocol. I'm still seeing my  therapist.  The same hands as a child that was to protect when I was getting molested  now  as an adult are the same hands that are hurting me now.  Please, some one help me.  The police have changed their story when I asked for a motion to suppress the seat belt hearing.  The officers are not telling the truth and I have to go to court in February 2004.   I went to internal affairs in San Antonio, Texas, Frio Street and a tall caucasian gentleman  took my statement and began asking me questions.  I didn't feel comfortable answering his questions and  he just escorted me to the elevators and that was that.  I am finally  recuperating from the shock of these horrible incidents.  I thank God but the pain is still their.

The Police Officers Badge numbers are 1567, 0170, 0688.
Stephanie R. Boyd is my Attorney  and she gave me these badge numbers.  Her office
phone number is 210-222-9498.

Sincerely,

Roberta L. Martin

State Of Texas
County Of Bexar

SUBSCRIBED AND SWORN before me this _14 TH_ day of _JANUARY_ 2004.

NOTARY PUBLIC

(SEAL)

August 27, 2004

# **Statement Of Fact**

On January 15, 2003, I, Roberta Lynn Martin, was pulled over by an SAPD Officer (San Antonio Police Department). This is a complete **Statement Of Fact, The Truth**, the beginning of my nightmare, me being **Cavity Searched in the Vaginal Area.**

January 15, 2003 I was pulled over by an SAPD Officer and was told to get out of my vehicle. I was handcuffed and my Civil Rights, completely violated. I've been going to court fourteen months on this incident for Criminal Charges. One Officer stated that I got out of my vehicle and the other Officer stated that I remained in my vehicle. My vehicle was towed from the 1600 Block of Sherman Street, San Antonio, Texas and one of the other Officers stated that my vehicle was towed from Gabriel Street, San Antonio, Texas. This is only one of the discrepancy statements in the court records on my case.

I contacted the A.C. L. U. San Antonio Chapter, February 2003 and I was told that nothing could be done until after the case pertaining to the Criminal Charges were over. I sent letters and spoke with Dann Rolmos a representative of the A.C.L.U. San Antonio, Chapter. The San Antonio Chapter team of lawyers found probable cause to send my case to the A.C.L.U. Chapter of Austin, Texas. I spoke with a Mr. Chris McCloud, a representative of the A.C.L.U. Austin, Texas Chapter, the first part of August 2004. He stated that "They knew that SAPD is Cavity Searching poor people and black people, people of color." Mr. McCloud stated that he could count on one hand how many times this has happened to a white person. I just don't understand this, I was very upset! Mr. McCloud brought my past police record up trying to make me feel less of a person and less than a creature of God. I asked who was in charge and I was told that a Mr. Will Harold was in charge. The Secretary, Frances, then began to explain to me that they just did not handle these types of cases. Mr. Harold stated that they could not help me because my past police record and that they were about changing the law. My Civil Rights were completely violated and I am a human being like any one else. I am asking if someone would please help me with this case. If I can not receive any assistance, I will go to the Television stations and the Express News. I went to Internal Affairs February 2003 and I could not even speak of this horrible experience I was so upset and broken. I went back to Internal Affairs after receiving  psychotherapy from Doctor Efrm Padilla 210-358-3217.

Around May 5th I spoke with Mrs. Gross and she was called out of the office for a very important meeting. I went back on May 7th and I spoke with Sergeant Jackson and was shown some photos of Female Officers. Mrs. Gross had me to sign a Perjury Document. On the 5th of May Sergeant Jackson had me to sign a Perjury Document as well. I also signed a document stating that nothing could be done or no charges could be filed within 180 days to any of the Officers. I am still receiving therapy on this incident.

My case has been passed to a Mr. Snavely 210-207-7929. I spoke with him around that first of August 2004 and now my Statue of Limitations is running out.

Their are so many questions I would like answered and need to be answered.

1. If the house where I was, was a drug house, why haven't the DEA raided it?
2. Why were there 3 policemen, 2 in one vehicle and one in another for a woman that was giving no problems?
3. Court records show that one Officer stated that I got out of the vehicle and another Officer stated that I did not get out of the vehicle?
4. If drugs were found some one had to search me, the Male Officers didn't search me, so who did?
5. If there was no Female officer, who searched me then?
6. The Officers stated that  my vehicle was pulled over on Gabriel Street, so why do records show that the vehicle was towed from Sherman Street behind the school where it happened?

This is being done to me because of my past police record. This is not fair and it should have nothing to do with this particular incident. I am only asking for someone to help me get a fair chance. Please in the name of God, please someone help me!!!

Sincerely,


Mrs. Roberta Lynn Martin



GREETINGS FROM Far Far Away

SAN ANTONIO TX
PM
3 MAY
2004

Ms. Roberta L. Martin
234 Funston Street, Apt. #1
San Antonio, TX 78209

ACLU
THE
SAN ANTONIO CHAPTER
P.O. BOX 17266
SAN ANTONIO, TEXAS 78217-6286



$ 000.370
PITNEY BOWES
02  1P
0002520309    AUG 26 2004
MAILED FROM ZIP CODE 78702

ACLU
AMERICAN CIVIL LIBERTIES UNION
of TEXAS

P.O. Box 12905
Austin, Texas 78711

R. MARTIN
234 FUNSTON, APT. 1
SAN ANTONIO Tx 78202

78208-68632 10



**TEXAS**

STATE LEGAL PANEL

Date: **8/15**

Dear **ROBERTA MARTIN** :

Thank you for contacting the American Civil Liberties Union of Texas. ACLU receives many requests for free legal advice and representation. Unfortunately, we do not have the resources, the staff, or the attorneys to represent everyone who has a meritorious claim. We rely on volunteer staff and attorneys, and our resources are very limited. For these reasons, we can only take cases that will that will bring about system-wide change. **Unfortunately, after thoroughly reviewing your complaint, the state legal panel has decided that ACLU cannot represent you in your potential action. Our decision has nothing to do with the merits of your case or whether we believe you do or do not have a viable cause of action.** Our decision is based solely on our limited resources. We are very glad you wrote, though, because we are keeping track of the kinds of complaints we get so that we can better advocate for systemic reform. If you want to pursue your legal matter, you should contact an attorney directly about possible representation. I am sorry that we cannot represent you.

Sincerely,

Chris Macleod
State Legal Panel coordinator

South Texas Office
P.O. Box 276286
San Antonio, TX 78227-6286
(210) 226-8707
Fax (210) 226-9059



State Headquarters
P.O. Box 3629
Austin, TX 78764-3629
(512) 441-0077
Fax (512) 441-3195

East Texas Office
P.O. Box 132047
Houston, TX 77006
(713) 942-8146
Fax (713) 942-0131

**TEXAS**

**February 6, 2004**

North Texas Office
P.O. Box 710356
Dallas, TX 75371
(214) 939-9237
Fax (214) 939-8089

Ms. Roberta L. Martin
234 Funston Street, Apt. #1
San Antonio, Texas 78209

Dear Ms. Martin,

Thank you for contacting the American Civil Liberties Union of Texas, San Antonio Texas Chapter (ACLU). Our Legal Panel/Case Committee reviewed your letter and found that you have an attorney. Please be advised that it is improper for anyone other than your attorney to take any action on your case. If you believe that your civil liberties are being violated, and if your attorney will not address that issue for you, have your attorney send us a letter describing the violation. When we receive the letter from your attorney, our Case Committee will be able to evaluate your situation and subsequently inform you and your attorney of their recommendation on a possible remedy. You should be aware that there are time limitations in which to take action in matters that require litigation. There is a statute prescribing limitations to the right of action on certain described causes of action; that is, declaring that no suit shall be maintained on such causes of action unless brought within a specified period after the right accrued.

The ACLU is a non-profit, non-governmental organization that seeks to preserve and extend constitutional rights and principles found mainly in the Bill of Rights. We do not wish to discourage anyone from pursuing their complaint, but because the ACLU depends solely on its membership dues and contributions from other sources we have limited resources. Because our resources are limited we accept very few cases for direct litigation and only cases which involve significant civil liberties issues can be considered. We give priority to those cases in which our participation can benefit a large class of people, or will lead to a change in the law(s) related to the violation of civil liberties issues. If your constitutional rights have been violated, please write to us again.

Thank you for your confidence and trust in the ACLU.

Respectfully,

*Dan Ramos*

Dan Ramos
ACLU Volunteer

DR:mb

**STEPHANIE R. BOYD**
**Attorney at Law**
**214 Dwyer, Suite 206**
San Antonio, TX  78204
Telephone: 210-222-9498
Fax:  210-222-9956

February 20, 2004

ACLU
P.O. Box 286
San Antonio, TX  78227-6286

To Whom It May Concern:

I represent Ms. Roberta Martin in a criminal matter.  I spoke with Mr. Dan Ramos and Mr. Michael Putnam.  Both parties informed me that they needed permission to help Ms. Martin with any violations of her civil liberties.

I do not object to the ACLU acting as a representative of Ms. Martin.  If any further information is needed do not hesitate to contact me at the above address and number.

Sincerely,

Stephanie R. Boyd



# THE CENTER
## For
## HEALTH CARE
## SERVICES

1115 W. Martin st
San Antonio, TX, 78207
(210) 358-3731
FAX (210) 358-3094

BOARD OF TRUSTEES

Robert L. Jimenez, M.D., F.A.P.A.
 *Chairman*
Ruben M. Peña
 *Vice Chairman*
Yolanda S. Cantu
 *Secretary-Treasurer*
George B. Hernandez, Jr.
Alexander L. Miller, M.D.
Robert C. Murray
Ira Smith, Jr.
Jeff S. Webster
Sam Williams, Jr.

Leon Evans
 *Executive Director*

Leroy Torres
 *Associate Executive Director*

Kathleen Cordova
 *Director of Legal Services*

Emilio Dominguez, M.D., F.A.P.A.
 *Executive Medical Director*

Carol Houston, Ed.D.
 *Director of Clinical Operations*

Richard A. Treviño, Jr.
 *Director of Administrative Services*

2/23/04

To Stephanie R. Boyd

Ms. Roberta Martin has requested that I provide you the dates of her sessions as proof of her participation in Psychotherapy sessions. The following is a list of the dates that she has come for sessions. 11/5/03 11/12/03, 12/02/04, 12 10 04, 1/02/04, 1/16/04, 1/30/04, 2/6/04, and 2/20/04. She scheduled to see me again on 3/05/04.

Sincerely,

Efraim Padilla M.A., L.P.C.
Psychotherapist
Center For Health Care Services

**CONFIDENTIALITY NOTICE**
This communication may contain privileged and confidential health information, which is protected by state and federal statute 42CFR, rules, and regulations. You are prohibited from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. If you are not the intended recipient or entity, be aware that any disclosure, copying, distribution, or use of this information is prohibited. If you received this communication in error, please notify us by return fax or telephone immediately so that we can arrange for the retrieval or destruction of the documents.

*SPECIALISTS IN MENTAL HEALTH, MENTAL RETARDATION AND SUBSTANCE ABUSE*