UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 3 1 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| ROBERTA L. MARTIN, | ) |
| Plaintiff, | ) |
| VS. | ) Civil Action No: SA-05-CA-0020-XR |
| CITY OF SAN ANTONIO, NORMA WOODS, BADGE # 0899, L. CARRION, BADGE # 0170, J. WILLINGHAM, BADGE # 0688, E. RODRIGUEZ, BADGE # 1567, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

This action came on for trial before the Court and a jury, the Honorable Xavier Rodriguez, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is ORDERED and ADJUDGED that the Plaintiff Roberta Lynn Martin take nothing, that the action be dismissed on the merits, and that the Defendants recover of the Plaintiff Roberta Lynn Martin their costs of action. A bill of costs must be filed in the form required by the Clerk of this Court, with supporting documentation, within fourteen days of this Judgment.

SIGNED this 31st day of May, 2007.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE